The Porter Law Offices, P.C.
1052 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE: (928) 537-2917

G. TERRIS PORTER - #003493
Attorneys for
    Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DARRELL M. ROBERTS,<br><br>    Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No. **09-11410**<br><br>**DEBTOR'S OBJECTION TO THE LODGED EX PARTE ORDER TERMINATING THE AUTOMATIC STAY** |

    Debtor DARRELL M. ROBERTS, by and through undersigned counsel, hereby objects to Wells Fargo Bank's lodged Ex Parte Order Terminating the Automatic Stay as follows:

    Debtor believes that the arrearage alleged in the Notice of Default has been cured.

    Debtor requests that this Court withhold signing Wells Fargo Bank's lodged order and set this matter for hearing.

    DATED this 15th day of December, 2009.

                                         THE PORTER LAW OFFICES, P.C.

                                         By/s/G. Terris Porter
                                          G. Terris Porter
                                          1052 East Deuce of Clubs
                                          Show Low, Arizona 85901
                                          (928) 537-2917
                                          Attorney for Debtor

```
 1  COPIES of the foregoing
    mailed this 15 day of
 2  December, 2009, to:
 3
    Mark S. Bosco, Esq.
 4  Tiffany & Bosco, PA
    2525 E. Camelback Rd., 3rd Fl.
 5  Phoenix, AZ 85016
 6  Russell Brown, Trustee
    3838 N. Central Ave., Suite 800
 7  Phoenix, AZ 85012
 8  /s/ Holloway
 9
10
...
28
```

Porter Law Offices
1013 EAST DEUCE OF CLUBS
SHOW LOW, ARIZONA 85901
TELEPHONE (928) 537-0911