**SO ORDERED.**



# TIFFANY & BOSCO
## P.A.

**Dated: February 11, 2010**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19534/███████████

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Darrell M.  Roberts
        Debtor.
_____
Mortgage Electronic Registration Systems, Inc. as
nominee for Wells Fargo Home Mortgage a
Division of Wells Fargo Bank NA

        Movant,
    vs.

Darrell M.  Roberts,Debtor; Russell A.
Brown,Trustee.

        Respondents.

No. 2:09-bk-11410-RTB

Chapter  13

O R D E R

(Relating to docket #28)

      IT IS HEREBY ORDERED that Movant's Notice of Default is hereby withdrawn without

prejudice and that any hearings scheduled in the matter are vacated.

_____
UNITED STATES BANKRUPTCY JUDGE